UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA GONZALES,<br><br>           Plaintiff,<br><br>   v.<br><br>THR CALIFORNIA, LLC, a Delaware Limited Liability Corpration; TRUSTEE CORPS.; JP MORGAN CHASE BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.<br>EDCV 13-01373-JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant THR California, LLC is DISMISSED from Plaintiff's Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 12, 2013

                                          JESUS G. BERNAL
                                    United States District Judge