1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11 SYLVIA GONZALES,              )   Case No.
                                 )   EDCV 13-01373-JGB (SPx)
12          Plaintiff,           )
                                 )   **JUDGMENT**
13      v.                       )
                                 )
14 THR CALIFORNIA, LLC, a        )
   Delaware Limited              )
15 Liability Corpration;         )
   TRUSTEE CORPS.; JP            )
16 MORGAN CHASE BANK, N.A.;      )
   and DOES 1 through 10,        )
17 inclusive,                    )
                                 )
18          Defendants.          )
19 _____

20 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21     Pursuant to the Order filed herewith, IT IS ORDERED

22 AND ADJUDGED that Defendant THR California, LLC is

23 DISMISSED from Plaintiff's Complaint WITHOUT PREJUDICE.

24 The Court orders that such judgment be entered.

25
26 Dated:  September 12, 2013    _____
                                        JESUS G. BERNAL
27                                 United States District Judge
28